**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOY KHAMMAO, | Case No. 26-cv-04280-BAS-BJW |
| Petitioner, | |
| v. | **ORDER DISMISSING PETITION AS MOOT** |
| MARKWAYNE MULLIN, *et al.*, | |
| Respondents. | |

Petitioner Doy Khammao filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, arguing his immigration detention violated *Zadvydas v. Davis*, 533 U.S. 678 (2001). (ECF No. 1.) The Court granted the Government's request for relief from the stay on removal. (ECF No. 5.) In a Status Report, the Government reports that on August 13, 2026, Immigration and Customs Enforcement "executed Petitioner's order of removal, and Petitioner was removed from the United States to Laos." (*Id.*) Accordingly, the Court **DISMISSES** the Petition because it is **MOOT**. (ECF No. 1.) The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: August 14, 2026**

Hon. Cynthia Bashant, Chief Judge
United States District Court

- 1 -

26cv4280